IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BROADCAST MUSIC, INC., CROMPTON SONGS, BREW MUSIC COMPANY, FUTURE STARS PUBLISHING CO., SOULJA BOY TELLEM MUSIC INC., and WARNER-TAMERLANE PUBLISHING CORP.,<br><br>Plaintiffs,<br><br>vs.<br><br>DANMAC, INC., and KAREN GRAY,<br><br>Defendants. | 8:25CV235<br><br>ORDER ON STIPULATED DISMISSAL WITH PREJUDICE |

This case is before the Court on the parties' Stipulated Dismissal with Prejudice, signed by counsel for all parties. Filing 40. The parties stipulate to dismissal of this matter with prejudice and with each party to bear its own fees, costs, and expenses. Filing 40 at 1. Accordingly,

IT IS ORDERED that the parties' Stipulated Dismissal with Prejudice, Filing 40, is accepted, and this case is dismissed with prejudice, with each party to bear its own fees, costs, and expenses.

Dated this 25th day of November, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge